IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ᴍᴍ D.C.

05 NOV -3 PM 4:01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DENNIS J. DAVIS,      )
                     )
    Plaintiff,        )
                     )
vs.                   )   Civ. No. <u>05-2137-Ml/P</u>
                     )
UNITED STATES OF AMERICA, )
                     )
    Defendant.        )
                     )

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Before the court is an order of reference for appointment of counsel pursuant to Rule 8(c) of the Rules Governing Section 2255 Proceedings for the United States District Court.

After consideration of the CJA Form 23, Financial Affidavit in Support of Request for Attorney, the court is satisfied that Dennis Davis is financially unable to employ counsel and qualifies for appointment of counsel under 18 U.S.C. § 3006A.

IT IS THEREFORE ORDERED that the Federal Public Defender is appointed to represent the above-named defendant, either personally or through his assistant, unless relieved by order of this court or by the Court of Appeals.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

November 3, 2005
Date

Document entered on the docket sheet in compliance
ule 58 and/or 79(a) FRCP on 11-4-05



Case 2:05-cv-02137-JPM-tmp   Document 9   Filed 11/03/05   Page 2 of 2    PageID 10

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02137 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Dennis J. Davis
FPC- POLLOCK
19097-076
P.O. Box 2099
Pollock, LA 71467--209

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT